## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JAMES GREENFIELD, | ) | 3:19-CV-0440-MMD-CLB |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | August 26, 2020 |
| MICHAEL MINEV, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE CARLA BALDWIN, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed an "emergency motion not to get transferred" (ECF No. 18). Plaintiff is under the impression that he will be transferred to San Francisco because he filed an appeal before the Ninth Circuit. An appeal of this type is almost always handled via written briefs without oral argument. Therefore, plaintiff's emergency motion not to get transferred (ECF No. 18) is **DENIED as moot.**

Plaintiff has also submitted a packet of random documents which he purports he is sending to the court for 'safekeeping' (ECF No. 20). The Court cannot serve as a repository for the parties' evidence. The parties may not file evidence with the Court unless it is used to support or oppose a motion. LR 7-2(g). Therefore, the Clerk shall **STRIKE** ECF No. 20.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:_____/s/_____
Deputy Clerk