# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES GREENFIELD,

              Plaintiffs,

v.

MICHAEL MINEV, et al.,

              Defendants.

3:19-cv-0440-MMD-CLB

**ORDER**

On October 28, 2020 the court granted plaintiff leave to proceed *in forma pauperis* ("IFP") (ECF No. 28). On November 6, 2020, defendants moved to revoke plaintiff's IFP status because plaintiff has $3,665.89 in his Trust 1 account (ECF No. 29). Defendants' motion (ECF No. 29) is **DENIED**.

Notwithstanding that plaintiff may be able to pay the filing fee in this case, IFP status also confers certain benefits which plaintiff will undoubtedly not be able to afford with the amount in his Trust 1 account, including service of process. 28 U.S.C. § 1915(d). IFP status also allows the court to direct payment by the United States of the printing of transcripts or records on appeal, if required by the district or appellate courts. 28 U.S.C. § 1915(c). Revoking IFP status would also impede the court from requesting an attorney to represent plaintiff if the court deems it necessary. 28 U.S.C. § 1915 (e).

In addition, the granting of *in forma pauperis* status does not relieve plaintiff of paying the filing fee, the full filing fee must still be paid pursuant to 28 U.S.C. § 1915(b)(2). Plaintiff shall pay the filing fee as the court ordered. The Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding

month's deposits to plaintiff's account in the months that the account exceeds $10.00 until the full $350.00 filing fee has been paid in full.

**DATED:** November 9, 2020       .

_____
**UNITED STATES MAGISTRATE JUDGE**