```
 1  AARON D. FORD
      Attorney General
 2  DAWN r. JENSEN (Bar No. 10933)
      Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  555 E. Washington Ave., Ste. 3900
    Las Vegas, Nevada 89101
 5  (702) 486-3195 (phone)
    (702) 486-3773 (fax)
 6  Email: drjensen@ag.nv.gov

 7  Attorneys for Defendants
    Dr. Michael Minev, Russelle Donnelly,
 8  and Brian Egerton
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| JAMES GREENFIELD, | Case No. 3:19-cv-00440-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MICHAEL MINEV, *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff James Greenfield, and Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Dawn R. Jensen, Deputy Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///

///

This Parties have resolved this matter in its entirety and that the Court may accordingly close the case. Any outstanding deadlines are considered moot.

DATED August 17, 2022.                    DATED August 17, 2022.

                                          AARON D. FORD
                                          Attorney General

_____               /s/ Dawn R. Jensen
James Greenfield # 1065134                _____
Lovelock Correctional Center              Dawn R Jensen, Bar No. 10933
1200 Prison Road                          555 E. Washington Ave., Ste. 3900
Lovelock, Nevada 89149                    Las Vegas, Nevada 89101
Plaintiff, Pro Se                         Attorneys for Defendants

## ORDER

**IT IS SO ORDERED.** This matter is **DISMISSED WITH PREJUDICE** and the Clerk is directed to close the case.

DATED _____August 23_____, 2023.

_____
**UNITED STATES DISTRICT JUDGE**